1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CHRISTINA HUA (CSBN 185358)
   Assistant United States Attorney
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-7534
      FAX: (415) 436-7234
7  Attorneys for Plaintiff

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,        )    No. CR 06-0615-JSW
                                     )
13          Plaintiff,                )
                                     )    **STIPULATION AND**
14      v.                            )    **[PROPOSED] ORDER REGARDING**
                                     )    **EXCLUSION OF TIME**
15  VALERIANA AU,                    )
        a/k/a Valerie Mok,           )
16                                   )
            Defendant.               )
17  _____ )

18      The defendants came before Magistrate Judge James Larson for Identification of Counsel on

19  September 28, 2006.  The matter was set over to October 26, 2006 before the Honorable Jeffrey

20  S. White for the initial status hearing.  The parties agreed, and the Court found, that the time

21  between September 28, 2006 and October 26, 2006 is properly excluded under the Speedy Trial

22  Act, Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv).  Defense attorney Nina

23  Wilder requires time to request and review the discovery, and the parties agree that the

24  continuance from September 28, 2006 to October 26, 2006 is reasonable time necessary for

25  purposes of adequate preparation of defense counsel, taking into account the exercise of due

26  diligence.  The parties agree that the ends of justice are served by granting the requested

27  //

28  //

1  continuance outweigh the best interest of of the public and the defendants in a speedy trial.

4  DATED: 9/29/06                    /S/ Christina Hua
                                     CHRISTINA HUA
5                                    Assistant United States Attorney

7  DATED: 9/29/06                    /S/ Nina Wilder
                                     NINA WILDER
8                                    Counsel for Valeriana Au

10                                ORDER

11     For the foregoing reasons, and as stated on the record at the September 28, 2006 hearing in
12  this matter, the Court HEREBY ORDERS the period between September 28, 2006 and October
13  26, 2006 excluded from the speedy trial calculation under Title 18, United States Code, Sections
14  3161(h)(8)(A) and (h)(B)(iv).  The Court finds that the failure to grant the requested continuance
15  would unreasonably deny defense counsel the reasonable time necessary for effective
16  preparation, taking into account due diligence by defense counsel.  The Court finds that the ends
17  of justice served by granting the requested continuance outweigh the best interest of the public
18  and the defendant in a speedy trial and in the prompt disposition of criminal cases.
19  IT IS SO ORDERED.

21  DATED:  October 4, 2006

IT IS SO ORDERED
Judge James Larson