E-Filing

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  STACEY P. GEIS (CSBN 181444)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7126
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,        )   No. CR 06-0615 JSW
                                      )
15 |        Plaintiff,                )
                                      )
16 |   v.                             )   STIPULATION AND [PROPOSED]
                                      )   ORDER DOCUMENTING
17 | VALERIANA AU,                    )   EXCLUSION OF TIME
         a/k/a Valerie Mok,           )
18                                    )
            Defendant.                )
19 |_____

20
        With the agreement of the parties in open court on October 25, 2006 and with the
21
   consent of the defendant Valeriana Au ("defendant"), the Court enters this order (1)
22
   setting the next court appearance for December 21 at 10:30 a..m. in front of this Court;
23
   and (2) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,
24
   from October 25, 2006 to December 21, 2006. The parties agree, and the Court finds and
25
   holds, as follows:
26

27
   ///
28

[PROPOSED] ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0615 JSW]

1.   1. The Court finds that, taking into the account the public interest in the prompt
2. disposition of criminal cases, granting the continuance until December 21, 2006 for a
3. status conference is necessary for effective preparation of counsel and for continuity of
4. counsel. See 18 U.S.C. § 3161(h)(8)(B)(iv). Given these circumstances, the Court finds
5. that the ends of justice served by excluding the period from October 25, 2006 to
6. December 21, 2006 outweigh the best interest of the public and the defendant in a speedy
7. trial. Id. § 3161(h)(8)(A).
8.   2. Accordingly, and with the consent of the defendant, the Court (1) orders the next
9. appearance in front of this Court on December 21, 2006 at ~~10:30 a.m.~~ 2:30 p.m. for a status
10. conference; and (2) orders that the period from October 25, 2006 to December 21, 2006
11. be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) &
12. (B)(iv).

14. IT IS SO STIPULATED.

DATED: 10/26/06
        /S/ Nina Wilder
        Nina Wilder, Esq.
        Attorney for Valeriana Au

DATED: 10/31/06
        /S/ Stacey P. Geis
        Stacey P. Geis
        Assistant U.S. Attorney

21. IT IS SO ORDERED.

DATED: November 21, 2006

        The Honorable Jeffrey S. White
        United States District Judge

~~[PROPOSED]~~ ORDER DOCUMENTING
EXCLUSION OF TIME [CR 06-0615 JSW]    -2-