1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR-06-0615 JSW |
| vs. | ) | |
| | ) | **ORDER** |
| VALERIE AU, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the joint request and stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the scheduling hearing in this matter shall be held on **January 11, 2007** at 2:30 p.m.

This Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until January 11, 2007 for a status conference is necessary for effective preparation of counsel in light of the complexity of

the case and for continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(ii)(iv).  Given these circumstances, the Court finds that the ends of justice served by excluding the period from December 21, 2006 to January 11, 2007 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C.§ 3161(h)(8)(A).

   1. Accordingly, and with the consent of the parties, the Court (1) orders the next appearance in front of this Court on January 11, 2007 at 2:30 p.m. for a status and scheduling conference; and (2) orders that the period from December 21, 2006 to January 11 , 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(ii), (iv).]

   IT IS SO ORDERED.

DATED: December 4, 2006

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

[CORRECTED]JOINT REQUEST FOR RE-SETTING;
ORDER (NO. CR-06-0615 JSW)

4