1  NINA WILDER (CA SBN No. 100474)
   Law Offices of
2  **WEINBERG & WILDER**
   523 OCTAVIA STREET
3  SAN FRANCISCO, CALIFORNIA 94102
   Telephone: (415) 431-3472
4  Facsimile:  (415) 552-2703

5  Attorney for Defendant
   VALERIE AU

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-06-0615 JSW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION TO AMEND BRIEFING SCHEDULE;** |
| VALERIE AU, | ) | ~~[Proposed]~~ **ORDER** |
| Defendants. | ) | **DENYING REQUEST WITHOUT PREJUDICE** |

IT IS HEREBY AGREED by the parties, through the undersigned attorneys, that the briefing schedule for defendant's first set of motions should be modified as follows:

Defendant's motions will be due on March 12, 2007;

Government's opposition will be due on March 26, 2007;

Defendant's reply, if any, will be due on March 29, 2007.

Time has been excluded under the Speedy Trial Act until April 5, 2007.

IT IS SO STIPULATED.

Dated: March 5, 2007                          /s/
                                              ROBIN HARRIS
                                              Assistant United States Attorney

Dated: March 5, 2007                          /s/
                                              NINA WILDER
                                              Attorney for Defendant
                                              VALERIE AU

STIPULATION TO AMEND BRIEFING SCHEDULE;
ORDER (NO. CR-06-0615 JSW)

1

## ORDER

~~IT IS SO ORDERED~~. The parties' stipulation is denied without prejudice to a showing of good cause for the modification.

DATED: March 7, 2007

                                              _____
                                              HONORABLE JEFFREY S. WHITE
                                              United States District Judge

STIPULATION TO AMEND BRIEFING SCHEDULE;
ORDER (No. CR-06-0615 JSW)