1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4
   CHRISTINA HUA (CSBN 185358)
   Assistant United States Attorney
5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-7534
       FAX: (415) 436-7234
7
   Attorneys for Plaintiff
8
9                UNITED STATES DISTRICT COURT
10               NORTHERN DISTRICT OF CALIFORNIA
11                   SAN FRANCISCO DIVISION
12
13 UNITED STATES OF AMERICA,              )  No. CR 06-0615-JSW
                                          )
14         Plaintiff,                     )
                                          )  **STIPULATION AND**
15     v.                                 )  [PROPOSED] **ORDER REGARDING**
                                          )  **CONTINUATION OF HEARING DATE**
16 VALERIANA AU,                          )  **AND EXCLUSION OF TIME**
       a/k/a Valerie Mok,                 )
17                                        )
           Defendant.                     )
18 _____)

19     The above-titled case was scheduled before the Honorable Jeffrey S. White for the entry of
20 guilty plea or trial setting on April 26, 2007 at 2:30 p.m. The parties now request that the matter
21 be continued to May 10, 2007 at 2:30 p.m. for change of plea. The parties anticipate that the
22 defendant will enter a guilty plea pursuant to a plea agreement on this date. The parties, including
23 the defendant, also agree that the time between April 26, 2007 and May 10, 2007 is properly
24 excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(8)(A) and
25 (h)(B)(iv). Defendant Valeriana Au has been out of town, and defense attorney Nina Wilder
26 requires this additional time to meet with the defendant to discuss the case and review the
27 discovery. The parties agree that the continuance from April 26, 2007 until May 10, 2007 is
28 necessary for purposes of adequate preparation of defense counsel, taking into

account the exercise of due diligence.  The parties agree that the ends of justice which are served by granting the requested continuance outweigh the best interest of of the public and the defendant in a speedy trial.

DATED: April 24, 2007        /s/ Christina Hua
                             CHRISTINA HUA
                             Assistant United States Attorney


DATED: April 24, 2007        /s/ Nina Wilder
                             NINA WILDER
                             Counsel for Valeriana Au

ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the hearing currently set for April 26, 2007 be continued to May 10, 2007.  The Court further orders that the period between April 26, 2007 and May 10, 2007 be excluded from the speedy trial calculation under Title 18, United States Code, Sections 3161(h)(8)(A) and (h)(B)(iv).  The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account due diligence by defense counsel.  The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

IT IS SO ORDERED.

DATED: APR 2 5 2007          _____
                             JEFFREY S. WHITE
                             United States District Judge