UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VALERIE AU,<br><br>　　　　　Defendant. | No. CR-06-0615 JSW<br><br>**ORDER** |

　　　　For the foregoing reasons, the Court HEREBY ORDERS that the hearing currently set for May 10, 2007 be continued to May **17**, 2007. The Court further orders that the period between May 10, 2007 and May **17**, 2007 be excluded from the speedy trial calculation under Title 18 United States Code, sections 3161(h)(8)(A) and (h)(B)(iv). The Court finds that the failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account due diligence by defense counsel. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and in prompt disposition of criminal cases. Time is also excluded under section 3161(h)(1)(I), for the delay resulting from the Court's consideration of the proposed plea agreement.

　　　　IT IS SO ORDERED.

DATED: May 9, 2007

　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

(No. CR-06-0615 JSW)

3